**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

John Does #1-#5[1]

   v.                                                  Civil No. 14-cv-433-LM

William L. Wrenn, Commissioner,
New Hampshire Department of
Corrections

**REPORT AND RECOMMENDATION**

On February 3, 2015, the court ordered plaintiff Michael Hanson to pay the filing fee or apply for in forma pauperis status, and gave him sixty days to comply. See Doc. No. 12 (Order). Hanson has done nothing to comply with the February 3, 2015, Order (doc. no. 12). Accordingly, the case should be dismissed without prejudice because of Hanson's failure to pay the filing fee or apply for in forma pauperis status as directed.

**Conclusion**

---

[1] Plaintiff Michael Hanson filed the complaint in this action identifying himself as "John Doe #2," one of five unnamed "John Doe" plaintiffs. Hanson is the only person who signed the complaint. No other plaintiff has been properly joined in this action.

For the foregoing reasons, the case should be dismissed, without prejudice.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  <u>See</u> Fed. R. Civ. P. 72(b)(2).  Failure to file objections within the specified time waives the right to appeal the district court's order.  <u>See</u> <u>United States v. De Jesús-Viera</u>, 655 F.3d 52, 57 (1st Cir. 2011); <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010).

                                    */s/ Andrea K. Johnstone*
                                    Andrea K. Johnstone
                                    United States Magistrate Judge

April 9, 2015

cc:  Michael T. Hanson, pro se